RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 2 27 08
BY DM

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| **COREY A. WILLIS** | **CIVIL ACTION NO. 5:05CV549** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN, DWCC** | **MAGISTRATE JUDGE HORNSBY** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 27th Day of February, 2008.

S. Maurice Hicks, Jr.
UNITED STATES DISTRICT JUDGE